**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JEAN WILLIAMSON,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-773-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On March 27, 2026, the Court granted in part Jean Williamson's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Mar. 27, 2026, Order 3, ECF No. 6.

In compliance with the Court's Order, Williamson was provided with a bond hearing on April 1, 2026.  Status Report 1, ECF No. 8; *see id.* Ex. A ("IJ Order"), ECF No. 8-1.  At the hearing, he was denied bond due to dangerousness.  *See* IJ Order.  Finding that no matters remained to be resolved, the Court closed the case.  Final J., ECF No. 9.

Williamson has now filed a Letter, ECF No. 14, in which he requests that the Court order his release from immigration custody under supervision.  He argues that he is neither a flight risk nor a danger to society and attaches evidence to this effect.  *See generally id.*

However, this Court lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk or danger and therefore should be denied bond.  *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted).  The Court expresses no

opinion as to whether Williamson may seek a custody redetermination by an IJ or may appeal the

April 1, 2026, bond denial to the Board of Immigration Appeals.  But this Court lacks the power

to review the IJ's determination regarding Williamson's dangerousness.

Accordingly, the case shall remain closed.

**SO ORDERED**.

**SIGNED this 2nd day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2